FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 22 2025

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAYESHA BOOTH**                                                              **PLAINTIFF**

VS.                              NO. 4:25-cv-60-DPM

**NITV, LLC; NITV FEDERAL SERVICES, LLC;
CHARLES HUMBLE; AND JOHN DOES 1-2**                                **DEFENDANTS**

### RULE 7.1 DISCLOSURE STATEMENT OF NITV, LLC AND NITV FEDERAL SERVICES, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), NITV, LLC and NITV Federal Services, LLC hereby file this Corporate Disclosure Statement and state as follows:

1. NITV, LLC is a private, non-governmental limited liability company organized under the laws of the State of Florida. While actively engaged in business, its principal place of business was in Miami-Dade County, Florida.

2. The sole member of NITV, LLC is Charles Humble, a citizen of the State of Florida, whose citizenship is attributable to NITV, LLC. *See E3 Biofuels, LLC v. Biothane, LLC*, 781 F.3d 972, 975 (8th Cir. 2015).

3. NITV Federal Services, LLC is a private, non-governmental limited liability company organized under the laws of the State of Florida. Its principal place of business is in Palm Beach County, Florida.

4. The sole members of NITV Federal Services, LLC are Charles Humble and Lourdes Humble, both citizens of the State of Florida, whose citizenship is attributable to NITV Federal Services, LLC. *See id.*

5. NITV, LLC and NITV Federal Services, LLC do not have or issue shares of stock, and there is no parent corporation or publicly held corporation owning 10% or more of NITV, LLC's stock or NITV Federal Services, LLC's stock.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Phone: 501-688-8800
Fax: 501-688-8807

_____
Adam D. Franks (Ark. Bar No. 2016124)
afranks@mwlaw.com
Colt D. Galloway (Ark. Bar No. 2016212)
cgalloway@mwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, I filed the foregoing with the Clerk of Court and served the foregoing via electronic mail to the following:

Luther Sutter
Lucien R. Gillham
**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N. Pierce Ste. 105
Little Rock, AR 72207
North Little Rock, AR 72116
lucien.gillham@gmail.com

_____
ADAM D. FRANKS