IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAYESHA BOOTH**                                                                                          **PLAINTIFF**

VS.                                    NO. 4:25-cv-00060-DPM

**NITV, LLC; NITV FEDERAL SERVICES, LLC;**
**CHARLES HUMBLE; AND JOHN DOES 1-2**                                          **DEFENDANTS**

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

This case arises from the termination of Plaintiff Trayesha Booth's ("Plaintiff") employment with the Arkansas Department of Corrections ("ADC"), which she claims was based on the results of a computerized voice stress analysis test device sold to the ADC by NITV Federal Services, LLC. *See* Doc. 2. Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendants NITV, LLC, NITV Federal Services, LLC, and Charles Humble (collectively, "Defendants") move for judgment on the pleadings because Plaintiff's Complaint is subject to dismissal based upon Arkansas's acquired-immunity doctrine and for lack of essential elements of her claims pursuant to binding Arkansas precedent. In support of their request, Defendants rely on the arguments and authorities in the accompanying brief.

This 10th day of October, 2025.

                                                    Respectfully Submitted,

                                                    Adam D. Franks (Ark. Bar No. 2016124)
                                                    Colt D. Galloway (Ark. Bar No. 2016212)
                                                    **MITCHELL, WILLIAMS, SELIG, GATES &**
                                                    **WOODYARD, P.L.L.C.**
                                                    425 West Capitol Avenue, Suite 1800
                                                   Little Rock, Arkansas 72201-3525
                                                   Phone: 501-688-8800
                                                   Fax: 501-688-8807
                                                   afranks@mwlaw.com
                                                   cgalloway@mwlaw.com

                                                   *Attorneys for Defendants*