**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

TRAYESHA BOOTH,                                           PLAINTIFF,


V.   CASE NO. 4:25-CV-00060-DPM


NITV, LLC; NITV FEDERAL SERVICES, LLC;
CHARLES HUMBLE; AND JOHN DOES 1–2,                    DEFENDANTS.


**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' RULE 12(c) MOTION
AND ALTERNATE MOTION TO AMEND**


Plaintiff, through counsel, submits this Response:


1.     Defendants inappropriately seek judgment on the pleadings by inviting the Court to resolve factual disputes and affirmative defenses. But Plaintiff's Complaint sets out concrete allegations that, taken as true and with all reasonable inferences in her favor, plausibly state multiple claims. A published federal ruling has already denied NITV's attempt to avoid trial on materially similar Computer Voice Stress Analyzer (CVSA) theories in California.

2.     For the reasons set out in the accompanying Brief, the motion should be denied, but if the Court identifies any pleading deficiency, Plaintiff requests leave to amend under Rule 15 to add the additional facts, in addition to the fact above.

WHEREFORE Plaintiff requests that the Motion be denIed, but ff the Court identifies any pleading deficiency, Plaintiff requests leave to amend under Rule 15 to add the additional facts and for all other proper relief.

**SUTTER & GILLHAM, PLLC**

By: */s/ Luther Oneal Sutter*
Luther Oneal Sutter (Ark. Bar No. 95031)
Counsel for Petitioner
1501 N Pierce Ste 105 Little Rock, Arkansas 72205
Tel: (501) 315-1910 | Fax: (501) 315-1916
luther.sutterlaw@gmail.com