**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TRAYESHA BOOTH** **PLAINTIFF**

**VS.** **NO. 4:25-cv-60-DPM**

**NITV FEDERAL SERVICES, LLC;**
**and JOHN DOES 1-2** **DEFENDANTS**

**JOINT STATUS REPORT**

Plaintiff Trayesha Booth and Defendant NITV Federal Services, LLC (collectively, the "Parties"), by and through their respective attorneys, for their Joint Status Report, in accordance with the Court's Amended Final Scheduling Order (Doc. 12) and Order (Doc. 19), state:

Following the Court's Order entered on September 14, 2026 (Doc. 19), the Parties conferred, through their respective counsel, regarding extensions of the deadlines in the Court's Amended Final Scheduling Order (Doc. 12). To date, the parties have conducted written discovery, although additional written discovery and depositions will be necessary to prepare this matter for trial.

The parties agree that a 60-day extension of the current discovery deadlines is necessary to continue and complete discovery ahead of the trial setting during the week of October 4, 2027. As addressed separately below, the parties were not able to reach an agreement regarding an extension of the pleading amendment deadline.

The request for a 60-day extension is based, in part, on the March 2027 due date for twins that Defendants' undersigned counsel and his wife are expecting. The requested extensions, tabulated below, will culminate on April 5, 2027, approximately three months before the first pretrial deadline—for the exchange of deposition designations—on July 2, 2027. The parties' agreed-upon and requested extensions are:

| | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Deadline to request any pleading amendment | 18 August 2026 | |
| Joint status report due | 18 September 2026 | |
| Plaintiffs shall identify all expert witnesses and produce their opinions by | 18 September 2026 | 17 Nov 2026 |
| Defendants shall identify all expert witnesses and produce their opinions by | 20 October 2026 | 19 Dec 2026 |
| Plaintiff shall identify any rebuttal expert witnesses and produce their opinions by | 4 November 2026 | 3 Jan 2027 |
| Discovery cutoff | 4 December 2026 | 2 Feb 2027 |
| Dispositive and Daubert motions due | 4 February 2027 | 5 Apr 2027 |
| Joint status report, including settlement conference request, due | 4 February 2027 | 5 Apr 2027 |

**Deadline to request any pleading amendment**: under the Court's current scheduling order (Doc. 12), this deadline passed on August 18, 2026. Following the Court's entry of its order dismissing Plaintiff's strict products liability claim and dismissing Charles Humble and NITV, LLC as parties (Doc. 19), Plaintiff's provided a draft motion for leave to amend and proposed amended complaint. Among other things, the proposed amendment would re-assert (1) Plaintiff's strict products liability claim and (2) Plaintiff's claims against Charles Humble and NITV, LLC, who are no longer parties to this action. Plaintiff also wishes to name the John Doe Defendants.

The parties agree that these post-partial dismissal issues are better suited for motion practice, which will give the Court the benefit of full briefing on the issues.

Dated: September 18, 2026

Respectfully submitted,

Luther Sutter, Esq. ARBN 95031
Lucien R. Gillham, Esq. ARBN 99199
**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N. Pierce Ste. 105
Little Rock, AR 72207
501/315-1910 Office
501/315-1916 Facsimile

*Attorneys for the Plaintiff*

**AND**

Adam D. Franks (Ark. Bar No. 2016124)
Colt D. Galloway (Ark. Bar No. 2016212)
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Phone: 501-688-8800
Fax: 501-688-8807
afranks@mwlaw.com
cgalloway@mwlaw.com

*Attorneys for NITV Federal Services, LLC*